**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: RAMIRO BORREGO & MARIA I. BORREGO         Case Number: 07-72677
5668 HEIDI DRIVE                 SSN-xxx-xx-6393 & xxx-xx-3071
ROCKFORD, IL  61109

Case filed on:   11/2/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,731.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 1,422.24 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 1,422.24 | 0.00 |
| 006 | NATIONWIDE RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JEFFERSON CAPITAL SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ENCORE RECEIVABLE MGMT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RISK MANAGEMENT SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ARMOR SYSTEMS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RAMIRO BORREGO | 0.00 | 0.00 | 500.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 500.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 128,827.43 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 20,925.55 | 20,925.55 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 9,149.27 | 9,149.27 | 1,065.70 | 509.30 |
|  | Total Secured | 158,902.25 | 30,074.82 | 1,065.70 | 509.30 |
| 003 | HARLEY-DAVIDSON CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | 10 DOMINION PEOPLE S PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COMED CO | 521.22 | 521.22 | 0.00 | 0.00 |
| 010 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DUVERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ELGIN EMERGENCY ROOM PHYS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HARRIS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 884.02 | 884.02 | 0.00 | 0.00 |
| 017 | IL DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MIDWEST EMERGENCY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | RIVERBEND DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SBC / AMERITECH CONSUMER BK CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 4,225.24 | 4,225.24 | 0.00 | 0.00 |
| 028 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | TOYOTA MOTOR CREDIT CORPORATION | 4,839.77 | 4,839.77 | 0.00 | 0.00 |
| 031 | WOMENS HEALTH / DR. EPSTEIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PREMIER BANKCARD/CHARTER | 463.78 | 463.78 | 0.00 | 0.00 |
| 034 | STATE COLLECTIONS | 187.43 | 187.43 | 0.00 | 0.00 |
| 035 | PORTFOLIO RECOVERY ASSOCIATES | 201.81 | 201.81 | 0.00 | 0.00 |
| 036 | SWEDISH AMERICAN HOSPITAL | 629.11 | 629.11 | 0.00 | 0.00 |
|  | Total Unsecured | 11,952.38 | 11,952.38 | 0.00 | 0.00 |
|  | Grand Total: | 174,628.63 | 45,801.20 | 2,987.94 | 509.30 |

Total Paid Claimant:      $3,497.24
Trustee Allowance:         $233.76         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00          discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                              _/s/ Lydia S. Meyer_____
                              Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008                By  /s/Heather M. Fagan